

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

DIVISION OF STATE COUNSEL
Litigation Bureau

April 1, 2008

**VIA ELECTRONIC FILING**
Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas St., Room 633
White Plains, NY 10601

      Re:  Seitz, et al. v. DeQuarto, et al.
         08-CV-1537 (SCR)

Dear Judge Robinson:

  I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York. Counsel for the plaintiffs and defendants conferred last week to develop a Proposed Civil Case Discovery Plan and Scheduling Order, with counsel for the plaintiffs agreeing to submit the attached proposed Scheduling Order to the Court by March 28, 2008. Counsel for the plaintiffs submitted the attached cover letter and Scheduling Order on March 27, 2008, but via overnight mail to the main office in New York. Because this is an ECF case, and because counsel for the plaintiffs is not available this week, Andrew S. Regenbaum, Esq., a colleague of counsel who is familiar with the case, has consented to my uploading the attached proposed Scheduling Order on behalf of both parties.

            Respectfully submitted,

            /s/ Frederick Wen
            Frederick H. Wen
            Assistant Attorney General
            (212) 416-6536

cc:  Marsha S. Weiss, Esq. (via First Class Mail)
   Feldman, Kleidman & Coffey, LLP
   995 Main Street
   P.O. Box A
   Fishkill, NY 12524-0395

# FELDMAN, KLEIDMAN & COFFEY, L.L.P.
### ATTORNEYS AND COUNSELLORS AT LAW
### 995 MAIN STREET
### P.O. BOX A
### FISHKILL, NEW YORK 12524-0395
### TEL (845) 897-5199
### FAX (845) 897-5945

JEFFREY M. FELDMAN
PAUL S. KLEIDMAN (1956-2006)
RICHARD J. COFFEY
ROBERT F. RICH, JR.
ROBERT R. SAPPE
ANDREW S. REGENBAUM

ELIZABETH L. MELANSON
CRAIG A. BURGESS
DAVID R. ZAGON

ULSTER COUNTY OFFICE:
15 PLATTEKILL AVENUE
NEW PALTZ, NEW YORK 12561
TEL (845) 691-5199

OF COUNSEL
J. PETER COLLINS
MARSHA SOLOMON WEISS

March 27, 2008

VIA OVERNIGHT MAIL

Southern District of New York
500 Pearl Street
New York, NY 10007-1312

ATTN: Honorable Stephen C. Robinson, USDJ

Re: Seitz v. DeQuarto, et al.
Case No.: 08 cv 1537 (SCR)
Our file No.: 9.5018

Dear Judge Robinson:

Enclosed please find the civil case discovery plan and scheduling order in reference to the above matter.

Thank you for your consideration.

Very truly yours,

FELDMAN, KLEIDMAN, & COFFEY, L.L.P.

Marsha S. Weiss

Marsha S. Weiss

MSW/bh
Enclosures

cc: Fred Winn, Esq. - Assistant Attorney General (via regular mail) ✓

I:\Shared\9.5018\Correspondence\Letter to the SDNY Court enc schedule 3-26-08.doc



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
**Gerhard Seitz, et al.**                               **CIVIL CASE DISCOVERY PLAN**
                                                        **AND SCHEDULING ORDER**

                          Plaintiff(s),

       - against -

**Paul Dequarto, et al.**                              08 Civ. 1537 (SCR)
                          Defendant(s).
-----------------------------------------------------------x

       The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure. **(Note: all proposed dates should be for weekdays only)**

The case (is) ~~(is not)~~ to be tried to a jury.

Joinder of additional parties must be accomplished by __7/23/2008__.

Amended pleadings may be filed until __7/23/2008__.

**Discovery:**

1. Interrogatories are to be served by all counsel no later than __5/23/2008__, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

2. First request for production of documents, if any, to be served no later than __5/12/2008__.

3. Depositions to be completed by __8/25/2008__.

   a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.
   b. Depositions shall proceed concurrently.
   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4. Any further interrogatories, including expert interrogatories, to be served no later than __10/27/2008__.

5. Requests to Admit, if any to be served no later than  10/27/2008           .

6. Additional provisions relating to discovery agreed upon by counsel for the parties (are) (are not) attached and made a part hereof.

7. All discovery is to be complete by  11/26/2008                             .

Initial Case Management Conference    June 13th, 2008 @ 10:00am            .
**(To Be Complete By Court) (Counsel in receipt of this scheduling order is to notify their adversary of the date and time of this Initial Case Management Conference)**

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon.                    , United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Unless otherwise ordered by the Court, the parties are expected to commence discovery upon the receipt of this signed Scheduling Order.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

White Plains, New York                         SO ORDERED

Dated:

_____
Stephen C. Robinson U.S.D.J.