

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

DIVISION OF STATE COUNSEL
Litigation Bureau

April 1, 2008

**VIA ELECTRONIC FILING**
Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas St., Room 633
White Plains, NY 10601

MEMO ENDORSED

Re: Seitz, et al. v. DeQuarto, et al.
08-CV-1537 (SCR)

Dear Judge Robinson:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York. On behalf of the defendants, this letter is written to request a thirty-day extension to respond to the complaint until May 1, 2008. Because counsel for the plaintiffs, Marsha S. Weiss, Esq., was out of the office, Andrew S. Regenbaum, Esq., a colleague of counsel who is familiar with the case, has consented to this extension on her behalf. At this time, two of the three defendants have been personally served, and the third defendant, Paul DeQuarto, will return the service of the summons and complaint shortly, as will the other two defendants. Counsel for defendants will likely represent all defendants eventually served.

Accordingly, in order to allow for completion of service, and for discussions with my clients in order to properly respond to the complaint, the defendants respectfully request a thirty-day extension to respond to the complaint as set forth above.

Respectfully submitted,

**APPLICATION GRANTED**
*Stephen C Robinson* 4/14/08
HON. STEPHEN C. ROBINSION

/s/ Frederick Wen
Frederick H. Wen
Assistant Attorney General
(212) 416-6536

cc:  Marsha S. Weiss, Esq. (via First Class Mail)
Feldman, Kleidman & Coffey, LLP
995 Main Street
P.O. Box A
Fishkill, NY 12524-0395

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-6536 ● Fax (212) 416-6075 – Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02